UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW RICHARD PALMIERI,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )  Civil Action No. 12-1403 JDB
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
        Defendants.                 )
_____)

## JOINT STATUS REPORT AND STIPULATION

Pursuant to the Court's January 9, 2013 Minute Order and Fed. R. Civ. P. 41(a)(1(A)(ii), the parties inform the Court as follows:

1) On September 25, 2012, the Defense Office of Hearings and Appeals ("DOHA") issued a Statement of Reasons detailing security concerns regarding Plaintiff under Executive Order 10865; Department of Defense Directive 5220.6, as amended; and the adjudicative guidelines implemented by the Department of Defense on September 1, 2006.  A hearing was held on November 7, 2012; and Decision was rendered on November 27, 2012.  Thus, Count XXI, in which Plaintiff sought to compel such a hearing, has been rendered moot and is dismissed.  Plaintiff, however, advises that appellate review of the decision through the available administrative process is underway and, depending on the results of that appeal, additional claims in this case may also be rendered moot;

2) The parties agree that all claims against Defendant

Deborah M. Stickney are intended to be brought against her in her official capacity only, and that the only individual capacity claims raised in the Complaint are those reflected in Count VI (against the named defendants Maya Pilatowicz and Edward Jones) and Count XII (against defendants Barry Sterling and Stanley Simms). Thus, the reference to Defendant Stickney being sued "individually" on page 7 of the Complaint was inadvertent and any such individual capacity claim against her as may have been implied by the language of the Complaint is dismissed. Plaintiff, therefore, need not effect service of process against Defendant Stickney in an individual capacity.

The parties shall continue, during the stay of this case, to confer on the progress of Plaintiff's administrative appeal, and shall report, as ordered, every thirty days.

Respectfully submitted,

_____
MATTHEW R. PALMIERI
5402 Charlottesville Rd.
Springfield, VA  22151

Plaintiff

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney
for the District of Columbia

_____
DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: _____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230